

**MEMO ENDORSED**

Law Offices of
## Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**70 Grand Avenue, Suite 100**
**River Edge, NJ 07661**

**299 Broadway, Suite 800**
**New York, NY 10279**
(Preferred mailing address)

January 19, 2023

Hon. Lewis A. Kaplan
United States District Judge
500 Pearl Street
New York, NY 10007

Re: United States v. Brandon Wilkins, 21 CR 424 (LAK)

Hon. Lewis A. Kaplan:

I am counsel for Brandon Wilkins, who is released on a bond that includes home detention with electronic monitoring while residing at a shelter in New York City. Mr. Wilkins complied with the bond's requirement that he vacate his outstanding bench warrant from Hanover County, Virginia. Mr. Wilkins was remanded by the judge in Virginia on or about October 13, 2022, and he was detained at the Hanover County Jail through today.

Mr. Wilkins pleaded guilty to felonies today and was given a suspended sentence with probation in Virginia. After court, he was returned to the Hanover County Jail pending the Virginia Probation Department's approval of his transfer of probation to to New York. The judge in Virginia was made aware at the court appearance of this request, but it has to be approved by the Hanover County Probation Department.

With the consent of United States Pretrial Officer Joshua Rothman and Assistant United States Attorney Thomas John Wright, we respectfully request that Mr. Wilkins be permitted to reside, with home detention and electronic monitoring, at the residence of his girlfriend, Rochelle Hyman, in a private house in Queens Village, New York. Ms. Hyman lives at that residence by herself, and Pretrial Officer Rothman already interviewed her.

Sincerely,

/s/

Donald J. Yannella, Esq.

cc. US Probation Officer Joshua Rothman via email

SO ORDERED  Granted

_____
LEWIS A. KAPLAN, USDJ
1/20/23