UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :   **ORDER**
      - v. -                     :
                                 :   S2 21 CR 424 (LAK)
BRANDON WILKINS,                 :
   a/k/a "Banger,"               :
   a/k/a "Fishy,"                :
                                 :
            Defendant.           :
- - - - - - - - - - - - - - - - X

Lewis A. Kaplan, United States District Judge

The defendant's plea of guilty having been found acceptable to the Court, it is hereby

ORDERED that the defendant's conditions of release are revoked, and the defendant is remanded to the custody of the United States Marshals Service; and it is hereby further

ORDERED that defendant shall surrender to the United States Marshals Service at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 on June 9, 2023 by 2 p.m.

Dated:   New York, New York
         June 7, 2023

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK