USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9·28·23

Law Offices of
## Donald J. Yannella
A Professional Corporation
**Email:  nynjcrimlawyer@gmail.com**
**Tel:  (212) 226-2883**
**Fax:  (646) 430-8379**

**135 Prospect Street**
**Ridgewood, NJ  07450**

**299 Broadway, Suite 800**
**New York, NY  10279**
(Preferred mailing address)

September 27, 2023

Hon. Lewis A. Kaplan
United States District Judge
500 Pearl Street
New York, NY  10007

    Re:    United States v. Brandon Wilkins, 21 CR 424 (LAK)

Hon. Lewis A. Kaplan:

    I am counsel for Brandon Wilkins, who was sentenced to a term of 60 months on September 20, 2023.  Mr. Wilkins respectfully requests that Your Honor recommend to the Bureau of Prisons that he be: (1) designated to FCI Fort Dix or another facility close to New York City to facilitate family visitation, and (2) enrolled in the RDAP program.

    Thank you for your courtesy and attention to this matter.

        Sincerely,

        /s/

        Donald J. Yannella, Esq.

*Granted as to Item 1.*
*Denied as to Item 2*

SO ORDERED

LEWIS A. KAPLAN, USDJ
9/28/23